IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

YENG CHER KHANG,

                Plaintiff,                      ORDER

v.

                                                    11-cv-261-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

      Plaintiff Yeng Cher Khang has filed a suit pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits. However, he has not paid the $350 filing fee in this case. If plaintiff seeks to commence this lawsuit without prepayment of the filing fees and costs or providing security therefor, pursuant to 28 U.S.C. § 1915, he must file an affidavit of indigency. From the information contained in this affidavit the court will then determine whether he can proceed without prepayment of the filing fee.

      IT IS ORDERED that plaintiff Yeng Cher Khang shall pay the filing fee of $350 or submit an affidavit of indigency no later than May 3, 2011. If he fails to do so, this action may be dismissed for his failure to prosecute it.

      Entered this 12th day of April, 2011.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge