IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

YENG CHER KHANG,

                Plaintiff,                ORDER

    v.

                                          11-cv-261-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

       This is an action for judicial review of an adverse decision of the Commissioner of Social Security brought pursuant to 42 U.S.C. § 405(g). On August 3, 2011, this court issued a briefing schedule allowing plaintiff Yeng Cher Khang until September 2, 2011 to submit a brief in support of his petition for review of the Commissioner's decision. It is now September 13, 2011, and plaintiff has not submitted a brief or asked for more time within which to do so. Because plaintiff is proceeding *pro se*, I will strike the current briefing schedule to allow plaintiff another opportunity to submit a brief in support of his petition.

       In his brief, plaintiff does not need to make legal arguments or cite to any legal authority, but he must explain to the court the specific reasons why he thinks the administrative law judge wrongly decided his claim for social security benefits. In addition, plaintiff should review the administrative law judge's decision and point out those findings that he disagrees with, citing to evidence in the administrative record that supports his position.

       If plaintiff fails to submit a brief, then his complaint will be dismissed for failure to prosecute.

ORDER

IT IS ORDERED that the briefing dates set on August 3 are STRICKEN. The new briefing schedule is as follows:

Plaintiff shall have until October 11, 2011 to submit a brief in support of the petition for review, specifically stating plaintiff's grounds of objection to the decision below. Failure to submit a brief will result in dismissal of the petition for review for failure to prosecute.

The government shall have until November 10, 2011 to submit an answering brief.

Plaintiff may have until November 25, 2011 to submit a reply brief. Submission of this reply brief is optional.

Entered this 13th day of September, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge