IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YENG CHER KHANG,

    Plaintiff,                                         JUDGMENT IN A CIVIL CASE

v.                                                              11-cv-261-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Michael J. Astrue, Commissioner of Social Security, and dismissing plaintiff's Yeng Cher Khang's appeal.

         *Peter Oppeneer*                  2/21/2013
    Peter Oppeneer, Clerk of Court              Date